**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA**
**CIVIL DIVISION**

**TYLER FONDRIEST**                                              CASE NO.:

    **Plaintiff,**

vs.

**WAL-MART STORES EAST, LP.,**

    **Defendant.**
_____/

## COMPLAINT

Plaintiff, TYLER FONDRIEST, by and through the undersigned counsel, hereby sues Defendant, WAL-MART STORES EAST, LP., alleges as follows:

1. This is an action for damages that exceeds the sum of FIFTY THOUSAND DOLLARS ($50,000.00), exclusive of costs, interest and attorneys' fees. The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. Plaintiff, TYLER FONDRIEST, is a natural person residing in Beaufort County, , North Carolina.

3. WAL-MART STORES EAST, LP., is a Florida profit Corpoation licensed to do business in the State of Florida.

4. At all times material hereto, Defendant, WAL-MART STORES EAST, LP., was the owner and in possession of that certain business located at 1482 Ben C. Pratt 6 Mile Cypress, Lee County, Florida, 33912 open to the public, including the Plaintiff herein.

5. On or about November 20, 2022, Plaintiff, TYLER FONDRIEST, visited Defendants premises located at the above address as a business invitee and/or guest.

6. At said time and place, Plaintiff was a lawful guest upon the premises of the Defendant, WAL-MART STORES EAST, LP., who owed Plaintiff a nondelegable duty to exercise care for her safety.

7. At said time and place, Defendant owed Plaintiff duties to maintain the premises in a reasonably safe condition, and to warn Plaintiff of dangerous condition on their premises.

8. At said time and place, Defendant breached these duties to Plaintiff by committing one or more of the following omissions or commissions:

   a) Negligently failing to maintain or adequately maintain the common area flooring, thus creating a hazard to members of the public utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff.

   b) Negligently creating a slip hazard to members of the public utilizing said premises, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

   c) Negligently failing to inspect or adequately inspect the walkways flooring, as specified above, to ascertain whether the walkways area floor, which was poorly maintained, constituted a hazard to patrons utilizing said area, 3 including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

   d) Negligently failing to inspect or adequately warn the Plaintiff of the danger of the common area flooring, when Defendant knew or through the exercise of reasonable care should have known that said premises' interior flooring was unreasonably dangerous and that Plaintiff was unaware of same;

   e) Negligently failing to correct and/or inspect and/or maintain and/ repair and/or adequately correct and/or replace the unreasonably dangerous condition of the common area flooring, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care;

9. As a result, while Plaintiff was visiting Defendants business, he slipped and fell in a puddle of liquid substance on the floor in the produce area of the store, sustaining significant personal injuries.

10. After Plaintiff had fallen to the floor he noticed a small caution sign. The sign was obscured by produce bins when Plaintiff was walking upright and did not become visible until after Plaintiff fell. Defendant was aware of the foreign substance on the ground where Plaintiff fell.

11. As a direct and proximate result of the negligence of Defendants, Plaintiff suffered bodily injury resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, TYLER FONDRIEST, sues the Defendant, WAL-MART STORES EAST, L.P., for damages and demands judgment in excess of Fifty Thousand Dollars ($50,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

## DEMAND FOR JURY TRIAL

Plaintiff, TYLER FONDRIEST, demands trial by jury on all issues triable as of right by jury.

Respectfully submitted this 19th day of March, 2023.

    */s/Thomas DeMinico*
Thomas DeMinico, Esquire
FBN 58905
Morgan & Morgan
12800 University Drive, Suite 600
Fort Myers, FL  33907
Telephone:   (239) 432-6648
Facsimile:   (239) 204-3818
Attorneys for Plaintiff
E-Mail: tdeminico@forthepeople.com
    tcole@forthepeople.com